IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KENYATA K. LYLES | ) |
| | ) |
| v. | ) NO. 3-11-0266 |
| | ) JUDGE CAMPBELL |
| RUTHERFORD COUNTY ADULT | ) |
| DETENTION CENTER, et al. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 61), to which no Objections have been filed. Plaintiff also has failed to respond to Defendants' Motions for Summary Judgment or Statements of Undisputed Facts.

The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved. Accordingly, Defendants' Motions for Summary Judgment (Docket Nos. 48 and 52) are GRANTED, and this action is DISMISSED.

Any other pending Motions are denied as moot, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

                                                                                                                                     */s/ Todd Campbell*
                                                                                                                                     TODD J. CAMPBELL
                                                                                                                                     UNITED STATES DISTRICT JUDGE